Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Christopher Knox, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number:** 15-CV-1485 |
| | ) | |
| S.A. Godinez, Dr. Louis Shicker, Dr. Melvin Hinton, Gladsy Taylor, Randy Pfister, Dr. Andrew Tilden, Dr. John Garlic, Dr. Richara Jennings, Guy Pierce, Marcus Hardy, Damin Shull, Patrick Hobart, Susan Prentice, Chad Brown, Wexford Health Sources, Inc., Jon Doe | | |
| **Defendants.** | | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff. This case is terminated.

**Dated:**    3/28/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
